JUDGE MARRERO

08 CV 5468

Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiff
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IP HOLDINGS LLC,

        Plaintiff,

v.

VAPRO INTERNATIONAL S.R.L.,

        Defendant.

-----------------------------------------------------------x

No. 08 CV _____

**RULE 7.1 STATEMENT**

RECEIVED JUN 17 2008 U.S.D.C. S.D.N.Y. CASHIERS

Plaintiff IP Holdings LLC, through its attorneys Edwards Angell Palmer & Dodge LLP, hereby discloses the following corporate parents and any publicly held corporation that owns more than 10% or more of its stock: IP Holdings and Management Corp., which is the 100% member of IP Holdings LLC.

Dated: June 16, 2008

                        EDWARDS ANGELL PALMER & DODGE LLP

                        By: /s/ Andre K. Cizmarik
                            Anthony J. Viola
                            Andre K. Cizmarik
                            Attorneys for Plaintiff
                            750 Lexington Avenue
                            New York, NY 10022
                            (212) 308-4411

NYC 300740.1