Anthony J. Viola
Andre K. Cizmarik
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiff
750 Lexington Avenue
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

IP HOLDINGS LLC,

Plaintiff,

v.

VAPRO INTERNATIONAL S.R.L.,

Defendant.

-------------------------------------------------------------x

**08 cv 5468(VM)**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

GLENN M. HUZINEC, being duly sworn, deposes and says:

I am over the age of 18 and not a party to this action. On the 17tH day of July, 2008 at approximately 9:50 a.m. I served the Civil Cover Sheet, Summons, Complaint, 7.1 Statement, Individual Rules of Judge Marrero, Magistrate Judge Francis and the Electronic filing Rules for the United States District Court for the Southern District of New York upon:

Vapro International
8 West 38th Street, #1102
New York, NY 10018

by personally delivering a true copy of the above mentioned-documents to Vapro International in the Offices of First American Brands located at 8 West 38th Street, NY, NY 10018 and leaving said copies with a person in charge of the office.

Said person was the Receptionist who refused to give her name and acknowledged that Vapro International did have office space at First American Brands and that Vapro International did receive mail there. Said person is described as a Hispanic female; approximately 5'5" tall; weighing approximately 130lbs.; with long brown hair and brown eyes.

GLENN M. HUZINEC

Sworn to before me this
17th day of July, 2008

Notary Public

JOHN FRANCAVILLO
Notary Public, State of New York
No. 24-4838118
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires Oct. 31, 2009

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

IP HOLDINGS LLC,
Plaintiff,

V.

VAPRO INTERNATIONAL S.R.L.,
Defendant.

**SUMMONS IN A CIVIL ACTION**

08 CV 5468

CASE NUMBER:

JUDGE MARRERO

TO: (Name and address of Defendant)

Vapro International S.R.L.
8 West 38th Street, #1102
New York, New York 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony J. Viola, Esq.
Andre K. Cizmarik, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, New York 10022

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

June , 2008 JUN 17 2008
DATE

Catherine Lapsley
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ________________________________________
Date *Signature of Server*

________________________________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.