MARRERO, J.

Yeskoo Hogan & Tamlyn, LLP
535 Fifth Avenue
New York, NY 10017
212-983-0900
Attorneys for Plaintiff
By: Richard C. Yeskoo

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-7-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IP HOLDINGS LLC,

                       Plaintiff,

    – against –

VAPRO INTERNATIONAL S.R.L.,

                       Defendant.
-----------------------------------------------------------X

No. 08CV5468(VM)(JCF)

Stipulation

    IT IS HEREBY STIPULATED AND AGREED THAT defendants' time to answer, move or otherwise plead with respect to the complaint is extended to and including August 20, 2008.

Dated:  New York, NY
          August 4, 2008

Edwards Angell Palmer & Dodge LLP
Attorneys for Plaintiff
750 Lexington Avenue
New York, NY 10022
212-308-4411
By: _____
Andre K. Cizmarik

Yeskoo Hogan & Tamlyn, LLP
Attorneys for Defendant
535 Fifth Avenue
New York, NY 10017
212-983-0900
By: _____
Richard C. Yeskoo (RY7329)

So Ordered: 6 August 2008

_____
USDJ    Victor Marrero