Yeskoo Hogan & Tamlyn, LLP
535 Fifth Avenue
New York, NY 10017
212-983-0900
Attorneys for Defendant
By: Richard C. Yeskoo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IP HOLDINGS LLC,                                    No. 08CV5468(VM)(JCF)

                Plaintiff,

                                                                         Rule 7.1 Statement

      – against –

VAPRO INTERNATIONAL S.R.L.,

                Defendant.
-----------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Vapro International SLR certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held. None.

Dated:   New York, New York
            August 17, 2008

                                                YESKOO HOGAN & TAMLYN, LLP
                                               535 Fifth Avenue
                                               New York, New York 10017
                                               212-983-0900

                                               By: _____
                                                  Richard C. Yeskoo  (RY7329)

                                               Attorneys for Defendant